UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

**REUBEN JACKSON,**                                            **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

vs.


**TRUE INSTALL LLC,**                                     **CASE NO: 20-2256-STA-jay**

    **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **ORDER DIRECTING ENTRY OF JUDGMENT** entered on June 21, 2021, judgment entered against Defendant in accordance with the order granting default judgment and the order awarding damages in the amount of $19,800 and attorney's fees and costs in the amount of $10,000.


                                                      **APPROVED:**

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 6/21/2021**                          **THOMAS M. GOULD**
                                               **Clerk of Court**


                                                 s/Maurice B. BRYSON

                                               **(By)  Deputy Clerk**